**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

The State, Respondent,

v.

Jason Franklin Carver, Petitioner.

Appellate Case No. 2021-001505

―――――――――

Appeal from Anderson County
R. Lawton McIntosh, Circuit Court Judge

―――――――――

Memorandum Opinion No. 2023-MO-010
Heard June 8, 2023 – Filed June 14, 2023

―――――――――

**DISMISSED AS IMPROVIDENTLY GRANTED**

―――――――――

Donald Loren Smith, of Attorney Office of Donald Smith, of Anderson, for Petitioner.

Attorney General Alan McCrory Wilson, Chief Deputy Attorney General W. Jeffrey Young, Deputy Attorney General Donald J. Zelenka, and Senior Assistant Deputy Attorney General Melody Jane Brown, all of Columbia, for Respondent.

―――――――――

**PER CURIAM:**  We granted a writ of certiorari to review the court of appeals' decision in *State v. Carver*, Op. No. 2021-UP-278 (S.C. Ct. App. filed July 21, 2021).  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, FEW, JAMES, JJ., and Acting Justice Kaye G. Hearn, concur.**